IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal No. 00-136 |
| ) | <u>See</u> Civil Action No. 04-1191 |
| RANDOLPH S. GUSTAVE, ) | |
| ) | |
| Defendant. ) | |

<u>O R D E R</u>

AND NOW, this 27th day of July, 2005, upon consideration of Petitioner's Motion to Vacate, Correct, or Set Aside Conviction Pursuant to 28 U.S.C. § 2255 (document No. 680) filed in the above-captioned matter on August 9, 2004, and upon further consideration of the Government's response thereto (document No. 684),[1]

IT IS HEREBY ORDERED that, for the reasons set forth in this Court's Memorandum Opinion filed herewith, said Motion is DENIED.

                                                          S/Alan N. Bloch
                                                          United States District Judge

cc/ecf:   Counsel/defendant

---

[1] The Court notes that subsequent to the Government's response, Petitioner filed a "Reply to Government's Response to Petitioner's Motion to Vacate, Correct, or Set Aside Conviction Pursuant to 28 U.S.C. § 2255" (document No. 696). The Court has considered Petitioner's arguments therein in deciding the instant motion.